AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means    ☑ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>A flash drive containing filtered data extracted from the Apple iPhone 11 Pro bearing IMEI number 353235100545552 currently located at 2211 Hydraulic Road, Suite 201, Charlottesville, VA 22901 | )<br>)<br>)    Case No.    3:22-mj-51<br>)<br>)<br>) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the    Western    District of    Virginia
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A (incorporated herein by reference)

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B (incorporated herein by reference)

**YOU ARE COMMANDED** to execute this warrant on or before    October 19, 2022    *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    The Honorable Joel C. Hoppe    .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    10/5/22 at 2:37pm    *Joel C. Hoppe*
                                                            *Judge's signature*

City and state:    Charlottesville, Virginia    Joel C. Hoppe, United States Magistrate Judge
                                                            *Printed name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** |||
|---|---|---|
| Case No.:<br>  3:22-mj-51 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : |||
| Inventory of the property taken and name(s) of any person(s) seized: |||
| **Certification** |||
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br>Date: _____<br><br>                                                              _____<br>                                                                              *Executing officer's signature*<br><br>                                                              _____<br>                                                                              *Printed name and title* |||

**ATTACHMENT A**  3:22-mj-51

The property to be searched is a SanDisk flash drive bearing serial number BQ2203001185W (the "Device") containing filtered data extracted from an Apple iPhone 11 Pro, International Mobile Equipment Identity ("IMEI") number 353235100545552. The Device is currently located in the evidence control room of the FBI's Charlottesville Resident Agency located at 2211 Hydraulic Road, Suite 201, Charlottesville, VA 22901.

This warrant authorizes the forensic examination of the Device for the purpose of identifying the electronically stored information described in Attachment B.

**ATTACHMENT B**  3:22-mj-51

1. All records on the Device described in Attachment A that relate to violations of 18 U.S.C. §§ 1343, 1346 (honest services fraud) and 666 (bribery concerning programs receiving federal funds) and involve Dosky including:

    a. Records of communication with or about Scott Jenkins, the Culpeper County Sheriff's Office, and its full time and reserve deputies;

    b. Records of and communications about payment(s) or donation(s) directly or indirectly to Scott Jenkins or campaigns to elect sheriffs;

    c. Financial records and financial transactions; and

    d. Records of the iPhone's location.

2. Evidence of user attribution showing who used or owned the iPhone from which the data on the Device was extracted at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history.

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

This warrant authorizes a review of electronic storage media and electronically stored information seized or copied pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted

by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the seized or copied electronic data to the custody and control of attorneys for the government and their support staff for their independent review.